# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136288(48)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 136288
                                    COA: 276153

ANTONIO PEREZ-CHICA,
      Defendant-Appellant.
                                    Macomb CC: 2005-004731-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828